This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MANUEL TRUJILLO,**

    Plaintiff-Appellant,

v.                                         **NO.  31,071**

**STATE OF NEW MEXICO,**

    Defendant-Appellee,

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO  COUNTY**
**Alan M. Malott, District Court Judge**

Manuel Trujillo
Albuquerque, NM

Pro Se Appellant

Jarmie & Associates
Mark D. Jarmie
Albuquerque, NM

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**VIGIL, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. In addition, Defendant has filed a memorandum in support of the proposed disposition that we found persuasive.

**AFFIRMED.**

**IT IS SO ORDERED**.

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**RODERICK T. KENNEDY, Judge**

_____

**LINDA M. VANZI, Judge**